# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2013

### NO. 03-13-00150-CV

**Nora Pedroza, Appellant**

**v.**

**Federal Home Loan Mortgage Corporation, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF PROSECUTION --
OPINION BY CHIEF JUSTICE JONES**

**IT APPEARING** to this Court that the appellant has failed to file a brief, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.